IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>RONALD LYNN BALLOU,<br><br>                Defendant. | 8:22CR234<br><br>**ORDER** |

      This matter is before the Court on defendant Ronald Lynn Ballou's ("Ballou") *pro se* "Motion for Sentence Reduction Based upon New Amended Sentencing Guidelines" (Filing No. 44). He also asks the Court to appoint counsel to help him supplement his motion.

      In support of his motion, Ballou states that in May of 2025, "the United States Sentencing Commission amended the [United States Sentencing Guidelines ("Guidelines")] under [18 U.S.C. §] 922(g) to reflect sentencing disparities for defendants charged with possession of firearms whose sentences does [sic] not reflect defendants [sic] criminal history char[a]cteristics." Ballou does not provide a specific amendment or Guideline section to clarify the grounds for his request. He simply requests a sentence reduction "in accordance with the [18 U.S.C. §] 3553 factors in his favor."

      The government opposes (Filing No. 46) Ballou's motion. According to the government, it made a good-faith effort "to determine if there were any amendments to the Sentencing Guidelines or case law" that might affect Ballou's sentence but found no "basis for his argument." To the contrary, the government maintains that the recent amendments neither alter Ballou's criminal-history calculation or Guidelines range nor otherwise provide grounds for any reduction under the circumstances of Ballou's case. The Court agrees.

Because Ballou has not identified a colorable basis to reduce his sentence, his motion is denied.

IT IS SO ORDERED.

Dated this 13th day of January 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge